UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

FLOW AUTOCLAVE SYSTEMS, INC.;
FLOW PRESSURE SYSTEMS; ABB
PRESSURE SYSTEMS; AVURE
TECHNOLOGIES AB; and AVURE
TECHNOLOGIES, INC.,

                Plaintiffs,

    vs                      5:08-CV-915

LUMBERMEN MUTUAL CASUALTY
COMPANY; KEMPER INSURANCE
COMPANIES; CRUCIBLE MATERIALS
CORPORATION; TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA; and
ZURICH AMERICAN INSURANCE COMPANY,
Subrogees of Crucible Materials Corporation,

                Defendants.

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

| APPEARANCES: | OF COUNSEL: |
|---|---|
| COSTELLO COONEY & FEARON, PLLC<br>Attorneys for Plaintiffs<br>4th Floor<br>205 South Salina Street<br>Syracuse, NY 13202 | ROBERT J. SMITH, ESQ.<br>SHELLY L. DiBENEDETTO, ESQ. |
| HAVKINS, ROSENFELD RITZERT<br>  & VARRIALE, LLB<br>Attorneys for Defendant Lumbermen's<br>  and Kemper<br>Suite 2101<br>11 Penn Plaza<br>New York, NY 10001 | GREGG S. SCHARAGA, ESQ.<br>ABRAHAM E. HAVKINS, ESQ. |

DAVID N. HURD
United States District Judge

## **O R D E R**

Plaintiffs' motion to remand (Docket No. 4) is DENIED without prejudice.

Defendants shall answer the complaint on or before February 15, 2009.

IT IS SO ORDERED.

Dated:   November 21, 2008
         Utica, New York.

                                                United States District Judge